IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK AND TAMMY KLINGER,** | : | **Civil No. 1:23-cv-00257-SHR** |
| **Plaintiffs,** | : | |
| v. | : | |
| **STATE FARM FIRE AND CASUALTY COMPANY,** | : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

# O R D E R

**AND NOW**, this 27th day of September, 2023, upon consideration of Defendant's partial motion to dismiss for failure to state a claim (Doc. 5), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge